UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ACTELION PHARMACEUTICALS LTD,**<br><br>Plaintiff,<br><br>v.<br><br>**ZYDUS PHARMACEUTICALS (USA) INC.,** *et al.,*<br><br>Defendants. | Civil Action No. 18-1397 (FLW)(LHG)<br><br><br>**AMENDED PRETRIAL<br>SCHEDULING ORDER** |

**THIS MATTER** having come before the Honorable Freda L. Wolfson, U.S.C.D.J., and the undersigned, for a telephonic case management conference on August 6, 2020, pursuant to Fed. R. Civ. P. 16; Charles Lizza, Esq., of Saul Ewing Arnstein & Lehr LLP, Bruce Wexler and Mark Sperling, Esqs., of Paul Hastings LLP, and Denise DeFranco, Esq., of Johnson & Johnson, appearing on behalf of Plaintiff Actelion; Eric Abraham, Esq., of Hill Wallack LLP, and Michael Gaertner, James Peterka, and Wasim Bliebel, Esqs., of Locke Lord LLP, appearing on behalf of Defendant Zydus; the Court having set certain deadlines during the conference with the participation of counsel; and for good cause shown,

**IT IS** on this **7th** day of **August, 2020,**

**ORDERED** that trial as to all claims will commence before Chief Judge Wolfson on **January 11, 2021,** unless otherwise ordered by the Court; trial is tentatively scheduled for six days; and it is further

**ORDERED** that any Motions in Limine shall be filed by no later than **November 13, 2020** any oppositions shall be filed by **November 20, 2020**; and it is further

**ORDERED** that the Final Pretrial Conference previously scheduled for September 9, 2020 is adjourned **December 9, 2020 at 2:00 p.m.**; and it is further

**ORDERED** that the attorneys for all parties are further directed to meet together by agreement, initiated by Plaintiff's counsel, before the date of the pretrial conference to:

    a.    discuss settlement;

    b.    stipulate to as many facts and issues as possible;

    c.    examine all exhibits and documents proposed to be used at trial;

    d.    complete all other matters which may expedite both the pretrial and trial of the case; and

     e.    submit the proposed Final Pretrial Order by no later than **December 4, 2020** to the Court**.**

**ORDERED** that appropriate markers shall be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed; and it is further

**ORDERED** that at the pretrial conference counsel should be prepared to discuss settlement of the case.   Parties are to be available by telephone.

 

**LOIS H. GOODMAN**
**United States Magistrate Judge**